UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LANDON BIRD,<br><br>　　　　Defendant. | No.  2:20-cv-2007 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, proceeds pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2021, plaintiff filed a first amended complaint which was screened in an order signed on October 8, 2021. In the October 8, 2021 order, the court notified plaintiff his first amended complaint failed to state a claim and the reasons why it failed to state a claim. Plaintiff was notified the court would allow him a final opportunity to file an amended complaint in the event he believed there were additional facts he could allege. Plaintiff was notified the further amended complaint needed be complete in itself without reference to any prior pleading.

　　　　Plaintiff subsequently filed a motion for appointment of counsel, which was denied. Plaintiff has not filed an amended complaint that complies with the October 12, 2021 order or any other document responsive to that order, but on November 10, 2021, plaintiff filed a document titled "order to amend" which consists solely of a prayer for relief. Plaintiff is again notified that an amended complaint must be complete in itself without reference to any prior pleading and should be clearly titled "Second Amended Complaint." Plaintiff will be granted an extension of

time to file an amended complaint, if he intends to do so. Plaintiff is cautioned that if he again fails to file a second amended complaint, a notice of election to stand on the complaint, or notice of voluntary dismissal, then the undersigned will recommend this action be dismissed, with prejudice, for failure to obey a court order and failure to state a claim.

In accordance with the above, IT IS HEREBY ORDERED:

1. The Clerk of the Court is directed to re-serve on plaintiff a copy of the court's order signed on October 8, 2021 (ECF No. 28); and

2. Plaintiff's filing (ECF No. 30) is construed as a request for extension of time to file an amended complaint, and so construed, the request is GRANTED;

3. Plaintiff is granted 30 days from the date of this order to file a second amended complaint, a notice of voluntary dismissal, or a notice of election to stand on the first amended complaint.

Dated: November 23, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
tayl2007.36sac