UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TAYLOR, | No. 2:20-cv-2007 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| LANDON BIRD, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 12, 2022, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. Plaintiff has filed objections to the findings and recommendations. (ECF No. 35.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

////

1

     Accordingly, IT IS HEREBY ORDERED:

     1. The findings and recommendations filed January 12, 2022 (ECF No. 33) are adopted in full;

     2. Plaintiff's first amended complaint (ECF No. 24) is dismissed without further leave to amend for failure to state a claim; and

     3. The Clerk of the Court is directed to close this case.

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE